Your honour Judge Sessions, 31-03-2026

I am writing on behalf of my older brother, Paul-Émile. I am the youngest in our family being 27 years old, and throughout my life I have witnessed the unwavering support my brother has provided to our family. He has always been the man of the family, the strongest pillar, helping us and stepping up from a very young age, as we are a small family.

My mother remarried and had me when Paul-Émile was already 11 years old. From before I had any memory, he was helping care for me, feeding me, bathing me, changing my diapers, always being present as a big brother. As I grew older, I clearly remember how he continued to be present: looking after me when our parents were working, watching over me, making sure I ate and did my homework, teaching me how to ride a bike, and constantly encouraging me in ways that made me feel deeply loved and supported. Through our parents' divorce, and mental illness in our family, through all of life's ups and downs, I always knew my brother would answer if I called on him. And I did call on him many times, our family would not be what it is today without him. His absence has had a profound impact on our small family.

My memories are filled with the help he provided and the sense of safety he brought to our family. From a very young age when he was still a teenager, he took it upon himself to bring us comfort, through thoughtful help, bringing home ingredients for family meals. My most vivid memories are of him at the centre of our family dinners and gatherings, always making everyone laugh, leading discussions. Paul-Émile is someone who brings people together, a natural-born leader, someone you don't get tired of listening to. As a young girl, I listened to his every word in awe of him describing all the amazing things you can do when you stay focused and determined, humble and respectful, and all that this world has to offer.

He's the kind of person that would give the shirt off his back, his generosity is unmatched. He's single-handedly saved our home from a fire, when he and I made supper on a night our mother had returned late from work, and ended up forgetting the burner on the oil. Without hesitation he acted selflessly, carrying the burning pot outside and extinguished the flames, resulting in 2nd-degree burns. I recall the financial struggles we faced growing up,

and the important role Paul-Émile played in supporting our family. He made sure I had new clothes for school, thoughtful birthday and Christmas gifts, he would get our mother flowers for every occasion... Only now do I understand the pressure he must have carried, taking on the responsibility of providing when he was still a child himself. He shared with me that holidays like Christmas were not always joyful for him, but often meant long drives, difficult episodes of mental illness in our family, and the little money we had to make it all happen. As a child, I was unaware of this, and I believe it was intentional and he wanted to protect me from it. He always put others before himself, it is simply who he is. To this day, many things in our home, from our appliances to the clothes I wear, are there because of him. I have no doubt he would have helped me with anything I needed. I also realize my contribution of shaping who he became, he gave so much of himself to me, more than most siblings do, and perhaps more for my benefit than for his own.

Paul-Émile has truly showed me you can do anything you want in this life. Everything he does he seems to excel at and for this reason he has been an inspiration to so many around him. When he returned to school after many years of dropping out of high school, he returned with distinction finishing top of his GED class, serving as class president, and later becoming the student representative of his civil engineering cohort (2013–2017). He even sang the national anthem at his graduation. It goes to show that it was always possible for him to finish school, but he always walked the beat of his own drum and trusted his own abilities and saw a clear path for himself. We could not be more different and yet, I feel a profound bond and admiration for my big brother.

My mother, who studied mandarin and gave birth to Paul-Émile in China, felt it was destiny when they decided on returning after decades. I believe my brother takes most from my mom for this reason, he and she were never scared of the unknown and rather embraced it and thrived in it. To them, defeats were lessons and hardships could be overcome through hard work. At the time, I was living in our family home in Moncton, New Brunswick (Canada) while completing my master's degree at the University of Moncton. We spoke often by video call, and they would share their weekly discoveries and business opportunities with excitement. During the 2024 holiday period, my mother returned to Canada, as I was

struggling to manage both the household and my studies. Early in the new year, we learned of my brother's arrest. Since then, our world has felt as though it has been on pause. We are a small family, and every loss is deeply felt, every loss is deeply felt in our small family. My mother chose to return to China to manage ongoing business matters unrelated to the charges. She had not been feeling well at the time, though none of us were, given the circumstances, but she dismissed her symptoms and left. In June, while I was away for work giving a conference, I received news of my mother's illness. Then it felt my world stopped. You must understand that for me, my entire support system is my mother, brother and father. Without them, nothing feels stable or meaningful, my existence loses importance without them because we are so close. I put my studies on pause, because I couldn't see the use of studying environmental science if my mom were to pass, and my brother was not there to witness it. They were dark times. I witnessed what I thought would be the last conversations between my mother and brother. In our small family, I erected as the improbable leader, dealing with my mom's hospital treatments and last wishes, and my brother's monthly commissary needs and lawyers. I became, and still am, the primary caretaker of our mother. I got through these moments gritting my teeth and crying all the way through, and when I didn't have the strength, my brother would be the one motivating and encouraging me. I can't imagine how hard these times must've been for him because they were gut-wrenching for me. All I wanted was for him to be there, and it felt like the greatest hardship that, during one of the most difficult trials our family has faced, we had to go through it without our main pillar Paul-Émile.

For me these moments have been polarizing, representing truly the worst and hardest times in my life, while also finding grace and peace in the small things we tend to overlook during our busy lives. Spending quality time with my mother, who is responding well to her present treatments, and speaking heart-to-heart with Paul-Émile about our lives thus far, talking about our best memories, which are often nothing more than moments of us spending time together over a home-cooked meal. If you can imagine, when we speak on the phone, he still manages to make me laugh with his naturally bright personality. I wanted to go visit him in person when he was extradited to Vermont, a 10-hour drive away from us, but

he thought I would have issues with the long drive and border and so suggested me not to, even though I am persuaded that he would have deeply appreciated seeing a familiar face. He decided this for my sake, and for my convenience, to help me. I know his heart is broken, but it is truly in his character to, in his way and where it is possible, take care of me in the ways he still can.

It is impossible for me to sum Paul-Émile's character in a few pages as he is truly larger than life. It is also impossible for me to write objectively because I love my brother with all of my heart. I know him to be grounded and fair, and I know he is the kind of person that accepts his mistakes. I know he regrets all the pain he's caused during this time. To the victims of his crimes, and his family members, that desperately needed him when he wasn't there. There is nothing that can buy back the time or the hurt. But there is a lot of good in Paul-Émile's heart and a lot he can do in this world to make amends. I know he vows to be a good brother, a loving son, a supportive friend, and an honest citizen. I know it in my heart that he can own up to his mistakes and make amends, with himself, and with the people around him that he's deceived. This world, and mine, is truly and undeniably better with him in it. This is why, through all the difficulties, I have kept calling him and kept close contact with him. Because even through this, I will never give up on him, as I know he would never give up on me, or on the best version of himself.

He has a family who deeply loves him, who awaits him and depends on his support. I rely on his presence as he has shaped my life in countless ways. While I fully recognize that his own actions resulted in his arrest and that he must face his responsibilities, I cannot express enough the impact of his absence on our family. I firmly believe he has the potential to contribute positively to society and to his family outside of incarceration. I humbly and respectfully ask that you take these considerations into account when determining a fair and just sentence.

Thank you for taking the time to read this letter and for considering my perspective in your decision,

Mia Courville-Todorov

Your honour,

I am trembling as I write you this letter as you hold the fate of my son in your hands. I am the mother of Paul Emile Conneh. I respectfully write to you to ask for your fairness and clemency when you judge my son.

My son comes from a multicultural and educated family. He was born at the Friendship Hospital in Beijing, China in 1987. He was very healthy, a desired child loved even before he was born.

I am of French-Canadian descent. My ancestors came to Canada from Europe over 300 years ago. Upon graduating from Universite de Montreal in 1982, I won a graduate studies scholarship from the Canadian and Chinese governments to study modern Chinese and become an interpreter. My desire was to learn about other cultures, to travel, and acquire skills that would secure good employment. I graduated in 1986 after four years of full-time studies at the Language and Culture University in Beijing in 1986. I was hired upon graduation by the representative office of Olivetti, the Italian office equipment manufacturer. I worked in the CITIC building, one of the very first high rises built in Beijing. I married the same year, and my son was born the following spring. My husband was Liberian and worked at the Liberian Embassy in Beijing. I give you this information to help you understand my son's background.

I came back to Canada before my son's 1st birthday thinking it was the best option for my son's education. Immediately upon my return I was offered a position as a program officer for a large Canadian NGO in Ottawa. After three years, I was offered a promotion to be the field manager of their technical assistance program in Tunis, North Africa in 1990 when my son was three years old. This is where my son was given the chance to learn English as he attended the American School in Tunis for pre-school and his 1st grade. He had also learnt some basic Arabic playing with other children so at age 7, my son could already speak three languages.

We came back to Canada after four years when my contract ended, and I bought a house in Montreal so we would be near my family in a good neighborhood and near good schools. We are not a rich family, but education gave me the ability to have good positions and an income sufficient to provide us with a peaceful family life. I wanted

my children to also have a solid education so they could earn their lives without worries.

Unfortunately, my son encountered a lot of racism at school in Montreal as classmates mocked and humiliated him for his skin color. I am a citizen of the world and always believed that being of mixed heritage and multilingual was an asset, but this was not the reality he met in Montreal. He excelled in sports, athletics and soccer, but he was also hyperactive and hyperkinetic, which made it difficult for him to sit still in class. Despite the difficulties, he completed his studies and graduated from college as a civil engineering technician.

In the years before COVID, my son earned a living by importing clothes and shoes from China. When COVID hit, most factories closed in China except for a few that reconverted to making masks. In February 2020, my son started to import masks and medical protective equipment such as gloves. At a time when governments and health authorities struggled to secure supplies, my son was able to import hundreds of thousands of masks, gloves and such supplies for airlines and drugstores.

In 2023, my son was invited by Air Transat, a Canadian airline, to bid on a large order of passenger blankets.  At the time, I felt that my son was not progressing much in Montreal and needed to see new opportunities. Nearing my retirement, I decided to invite him to the Canton Fair in Guangzhou, China and then to visit to potential suppliers of blankets in Keqiao, the Textile city near Shanghai. For me it was a chance to spend quality time with my son and to share with him some of my knowledge of China.

I am not rich, and although expensive I decided to offer this trip to my son rather than wait and leave the amount to him in inheritance after my death. The airline blanket order did not materialize, but the Canton Fair being the largest commercial fair in the world gave my son many new leads, in particular in the field of building materials.

Three months later my son decided to leave Montreal and relocate to Guangzhou. I supported him as I firmly believed he would encounter more opportunities over there. Rapidly, he was able to secure some significant orders in flooring, windows, sanitary equipment, furniture, and such.

A few months later, at age 64, I retired from my position with the provincial government of New Brunswick and joined my son in Guangzhou.

My son proudly told me he was receiving new orders and was being contacted by new clients. He incorporated his company in Hong Kong and rapidly started shipping orders to Canada, the Caribbeans, Africa and Europe. He told me how he envisioned the future with confidence as he was building his network of suppliers. He fully invested himself in hard work and in learning Chinese.

I happily spent the fall of 2024 living with my son at his apartment in Guangzhou. I truly enjoyed life then, preparing coffee for my son, doing taiqi and visiting museums while my son worked hard at finding suppliers, performing quality control and managing orders and shipments.

I felt a bad omen when my son told me one evening over diner in Guangzhou that he would visit Brazil with a friend. We were nearing Christmas and after many months in China, my son truly needed a rest and some time back home. But then he was invited by a friend to spend some time in Costa Rica. A few weeks later the friend invited him for a trip to Brazil from Costa Rica and even bought the plane ticket so they would go together citing their long friendship.

This was too sudden and a distraction from my son's intended path. I truly felt a dark shiver as I hugged my son the morning of his departure from Guangzhou. Shortly after my daughter and I learned my son had been arrested by Interpol upon his return from Brazil. This was the beginning of a nightmare.

My son was imprisoned for nearly one year in the worst place at a maximum-security prison in an overcrowded pod with 70 other men with no hot water and only three toilets without seats. Food was only rice and beans. There were not enough beds, so some men slept on the floor and a lot of bullying and intimidation took place, with ''allowances'' needing to be payed bi-weekly. My son was only a little familiar with Spanish and my repeated efforts to pay and send him a dictionary though his lawyer so he could learn the language failed. This was a horrible period. It took enormous resilience and level-headedness from my son to survive this ordeal. After nearly a year of detention in Costa Rica he was transferred to the Burlington prison where he is at the moment, awaiting your judgement.

My son's arrest and the stress took a heavy toll on our family and even my health. In May I was suddenly diagnosed with stage 4 breast cancer. I always had excellent health before, but the cancer progressed so fast that by June I became unconscious and was moved to a hospice as doctors expected me to die rapidly. Against all odds I survived and very slowly started to recover. I was able to leave the hospital and return

home after four and a half months in November. I now live with my daughter, Paul's little sister, who takes care of me.

This is the very first time after ten months of illness that I use a keyboard to write a letter. At this time, although my daughter and I have completely clean criminal records, the lawyer has advised us not to cross the border to the US and utlimately my son thought it was best to not visit him in the Burlington prison. My son has not received visits from any family member since his arrest nearly one year and a half ago.

My son assures me he had not realized the type of people he had associated with. When he did, he tried to avoid them and create distance from them. He profoundly regrets his mistakes and prays for the chance to start again honestly and with good people this time.

My son has a lot to give back to society. He is healthy, intelligent, educated, generous, and kind-hearted. He always was a good brother and a kind loving son. He never got in fights unless it was to defend the neighbor against bigger boys who tried to steal his candies on Halloween or to repel bullies tried to tease his little sister in school. We miss him dearly and need him to be back with us again.

As his mother, I assure you that I will do everything within my means to welcome back my son and to support his honest reinsertion in society.

Your honor, I beg you to consider the high price my son paid for his mistake. Please allow me to hold him in my arms once again before I die. Please allow him to come back to us and start his life again.

Respectfully,

Maryse Courville
238 Highfield, Moncton
New Brunswick, Canada

31st of March, 2026

I am writing to attest that I have known Paul Conneh for over 30 years, as he was a childhood friend of my son. Throughout the many years I have known him, Paul has consistently conducted himself as a well-behaved, respectful, and courteous individual whenever he was in my presence.

I kindly ask that you take this into consideration and show understanding in your judgment regarding any minor mistake he may have made. As human beings, we are all imperfect and capable of error.

Thank you for your time and consideration in this matter.

Sincerely,

[redacted]

4th of April 2026

Dear Honourable Judge,

I would like to provide a sincere testimonial in support of Paul Émile, known to those close to him as Polo, whom I have had the opportunity to know personally.

I came to know him through his mother, a close friend of mine, and I spent time with him when he was living in Moncton, and later in Guangzhou, China.

He is a serious, respectful, and honest young man. During my stay in Guangzhou, China, he accompanied me and assisted me in my efforts to meet suppliers. He was very available, dedicated, and genuinely helpful. Despite all the time and effort, he gave, he never asked for anything in return. I even offered to pay him, as is normally expected for such services, but he refused, saying he simply wanted to help.

This behavior clearly reflects his character: a selfless, reliable, and kind person.

He also comes from a respectable and principled family with strong values.

Based on what I know of him, I can confidently say that he is a good person, trustworthy, and consistently respectful in his conduct.

I sincerely hope that this testimonial will be taken into consideration.

Issued for all legal purposes.

Dalila Djuma

Letter of Character Reference for Paul-Émile Conneh 04-12-2026

Your Honor,

My name is [redacted], and I was born on July 1st, 1993.

I am writing this letter in support of my dear friend, Mr. Paul Emile Conneh, also known as "Polo." It is truly an honor for me to speak on his behalf.

I would like to begin by sharing how we met. I first met Mr. Conneh in 2016, on the very same day I signed my first business contract. I was excited and decided to go out for lunch alone to celebrate. That is where I met him. From the very beginning, he showed genuine interest in my achievement and offered sincere encouragement, even though we had just met. That moment marked the start of a friendship that has remained strong ever since.

Over the years, Mr. Conneh has become much more than a friend to me - he is like the older brother I never had. He has consistently been a source of guidance, support, and stability in my life. He has always encouraged me to stay focused, make the right decisions, and pursue my goals with discipline.

I can confidently say that without his influence and support, my professional journey would have been very different. He has been present since the very beginning of my career and has played a meaningful role in helping me grow, both personally and professionally.

Mr. Conneh is a person of strong character. He demonstrates responsibility, discipline, and sound judgment in his decisions. I fully stand behind him and the values he represents.

His absence has deeply affected not only me, but also his entire family and close friends. Most importantly, his mother has been significantly impacted by this situation. Although she remains strong, this has been very difficult for her. We are all hoping and praying for a positive resolution so that Mr. Conneh can return home to his loved ones.

I respectfully ask the Court to take into consideration his character, his values, and the positive impact he has had on those around him.

Thank you for your time and consideration.

Respectfully,

[redacted]

**February 6, 2026**

**Character Reference for Paul**

To Whom It May Concern,

I am writing to share my perspective on Paul's character. I have known Paul for 25 years as a close friend, and during this time I have come to know him as a responsible, hardworking, and kind individual.

Paul consistently demonstrates strong values, integrity, and a solid work ethic. He approaches his responsibilities seriously and remains respectful and positive in his interactions with others. I have seen him face challenges with maturity, determination, and resilience.

I appreciate Paul greatly as a person and value the positive presence he brings to the lives of those around him. Based on my long-standing friendship with him, I believe he is someone of good character.

Respectfully,

Friend of Paul

To Whom It May Concern,

I am writing this letter in support of Paul “Polo” Conneh, someone I have had the privilege of knowing closely for the past three years.

Over that time, Paul has become more than just a friend to me—he is someone I deeply respect and care about. We met through mutual friends and work, and from the very beginning, it was clear that he carries himself with a level of kindness and sincerity that is rare to find. He is genuinely one of the most warm-hearted and compassionate people I know.

Paul has always treated others with respect, patience, and understanding. He is the kind of person who listens without judgment, who shows up when people need him, and who consistently puts others before himself. I have personally seen him go out of his way to support friends, offer help without hesitation, and bring a sense of calm and positivity into any environment he is in.

What stands out most about Paul is his heart. He is loving, thoughtful, and deeply human in the way he connects with people. He values loyalty, friendship, and doing right by those around him. The way he carries himself and the way he treats others speaks volumes about his character.

It is difficult for me to reconcile the situation he is currently facing with the person I know him to be. From my experience, Paul is someone who has always tried to do good, who has a strong moral compass, and who has a genuine desire to grow and move forward in a positive direction.

I truly believe that Paul is a good person who deserves compassion, understanding, and the opportunity to continue building a better future. I hope this letter helps reflect the true character of the man I know.

Sincerely,

A Friend

Monsieur le juge,

Je prends le temps d'écrire cette lettre afin de témoigner du caractère et des qualités humaines de mon ami Paul, que je connais depuis plusieurs années.

Paul est une personne profondément attentionnée, toujours prête à aider et à rendre service. Il est à l'écoute des autres et sait prendre le temps lorsqu'une personne en a besoin. Lorsque je suis arrivé au Nouveau-Brunswick, il m'a accueilli chez lui sans hésitation. Il m'a fait découvrir la région et m'a permis de mieux connaître ce coin de pays. Il m'a également présenté à sa famille et à ses amis, ce qui démontre à quel point il est ouvert, généreux et sincère dans ses relations.

Chaque fois que j'ai eu besoin de conseils ou simplement de quelqu'un pour m'écouter, j'ai toujours pu compter sur lui. Paul trouve toujours du temps pour les autres, même lorsqu'il est très occupé. S'il peut aider, il est présent, sans jugement et sans attendre quoi que ce soit en retour.

Ce qui m'a particulièrement marqué chez lui, c'est sa détermination. À un moment de sa vie, il a décidé de retourner à l'école tout en s'engageant sérieusement dans le culturisme, avec l'objectif de devenir champion. Honnêtement, je ne croyais pas cela possible de mener ces deux défis en même temps, mais Paul l'a fait. Cette expérience m'a donné une véritable leçon de vie : quand on le veut vraiment, tout est possible.

Par la suite, il est parti en Chine avec une simple idée en tête. Un an plus tard, je suis allé le rejoindre, et encore une fois, il m'a accueilli et fait découvrir le pays. À travers tout cela, il m'a montré par l'exemple la force de la discipline, du courage et de la persévérance.

Paul est une personne travaillante, respectueuse et inspirante. Il démontre constamment un état d'esprit positif et une grande force intérieure. Je peux dire avec fierté et sans hésitation : Paul est mon ami, et c'est une personne de grande valeur humaine.

Je suis reconnaissant de l'avoir dans ma vie et d'avoir pu apprendre à ses côtés.

Veuillez agréer mes salutations distinguées,

[redacted]

Translated the 31st of March 2026, using DeepL Translate

Your Honor,

I am taking the time to write this letter to attest to the character and human qualities of my friend Paul, whom I have known for several years.

Paul is a deeply caring person, always ready to help and do a favor. He listens to others and knows how to make time for someone when they need it. When I arrived in New Brunswick, he welcomed me into his home without hesitation. He showed me around the region and helped me get to know this part of the country better. He also introduced me to his family and friends, which demonstrates just how open, generous, and sincere he is in his relationships.

Whenever I needed advice or just someone to listen, I could always count on him. Paul always makes time for others, even when he's very busy. If he can help, he's there, without judgment and without expecting anything in return.

What particularly impressed me about him is his determination. At one point in his life, he decided to go back to school while seriously committing to bodybuilding, with the goal of becoming a champion. Honestly, I didn't think it was possible to tackle both challenges at the same time, but Paul did it. That experience taught me a real life lesson: when you really want something, anything is possible.

After that, he went to China with a single idea in mind. A year later, I went to join him, and once again, he welcomed me and showed me around the country. Throughout it all, he demonstrated through his own example the power of discipline, courage, and perseverance.

Paul is a hardworking, respectful, and inspiring person. He consistently demonstrates a positive mindset and great inner strength. I can say with pride and without hesitation: Paul is my friend, and he is a person of great human value. I am grateful to have him in my life and to have been able to learn from him.

Very sincerely,

[redacted]

Your Honor,

I am writing this letter to share my personal perspective on the character of my friend, Paul, whom I have known for nearly 15 years. Over this decade and a half, our friendship has remained constant, even when we lived in different provinces or countries. Paul is the kind of person who stays genuinely connected; no matter how much time passes between our conversations, it always feels as if not a single second has passed when we finally speak.

From the very beginning of our friendship, Paul stood out to me as someone with a clear vision and a belief that anything was possible through hard work. I saw this firsthand while he was studying Building Engineering Technology. He has always shown an incredible amount of grit and tenacity. A defining moment for me was when his house flooded; instead of being overwhelmed by the disaster, he took it upon himself to handle the renovations and rebuild. That same courage was evident when he moved to a foreign country where he didn't even speak the language, all in pursuit of better opportunities. It takes a great deal of determination to take on ventures like that.

Despite his own ambitions and busy schedule, Paul has always been attentive to his friends and family. He takes a great deal of pride in the people he cares about and has always been someone I could rely on for honest advice or a supportive phone call. He is a kind, respectful, and caring person who treats those around him with genuine consideration.

In our time together, I have also seen Paul's capacity for deep self-reflection. We have had honest conversations about his character flaws and the importance of growing through critical feedback. He does not ignore his mistakes; instead, he approaches them as opportunities to learn and become a better person. I have watched him make conscious efforts to improve his mindset and stay resilient, even during the most challenging times in his life.

Paul is a person of real value and integrity who strives to improve himself every day. I truly appreciate having him in my life and believe in his ability to continue growing and contributing positively to those around him.

Thank you for taking the time to read my honest experience of Paul as a human being.

[redacted]

**To Whom It May Concern,**

I am writing to share a few personal words about Paul Conneh, based on my experience as a friend, having spent significant time together through travel and as work colleagues.

Paul has always been a generous person who genuinely cares about those around him. In our friendship, I have known him to be loyal, supportive, and present. He places great importance on his relationships and his family, and he consistently makes sure that the people around him are doing well.

What stands out most to me about Paul is his ability to adapt and grow. I have seen him take responsibility and make real efforts to become a better person, both personally and professionally. Paul is a hardworking individual who does not give up in the face of challenges.

I have also witnessed moments where Paul put others before himself offering help, listening without judgment, and being present during difficult times. These actions truly reflect who he is.

I sincerely believe that Paul is easily capable of continuing forward in a positive direction.

Thank you for taking the time to read this letter.

**Sincerely,**

[redacted]

[redacted]

31-03-2026

Your honour,

I am writing to express my support for Paul-Émile Conneh during this trial process. I've known Paul for the past six years as his sister's partner. During this time, he's always welcomed me into the family with open arms. After interacting and bonding with him over the years, it was clear from the start that he fostered close relationships with his family and friends, built on mutual support and respect

In the years that I have known Paul-Émile, I have witnessed his dedication and generosity to his family and his commitment to being a positive influence and a source of inspiration in their lives. He has always been kind and supportive, not only toward his family, but also within his community in the many cities where he has lived. I've witnessed him consistently give back when he can and show an understanding of personal responsibility.

In this case surrounding Paul-Émile, I believe that while it is vital to uphold the law, it is equally important to consider the context of his actions and the time he has already served for his crimes. I have no doubt that Paul-Émile is a good and honest man that was simply involved with the wrong people. He has exhibited remorse and a desire to rectify his mistakes, demonstrating a commitment to personal growth and responsibility.

During our relationship, I have always found him to be honest, caring, humorous and devoted to his loved ones. He has shown me during these times that he is determined to learn from this experience and move forward, honestly and peacefuly with his friends, family who miss him deeply.

It is my hope that the court will consider the genuine positive contributions he has made throughout his life around the world. I believe that with the support and guidance of his close family and friends, he has the potential to continue being a valuable member of society and a source of inspiration in many people's lives.

Thank you for considering my thoughts and observations regarding Paul-Émile. I trust that the justice system will weigh all aspects of his situation with care and understanding.

Sincerely,

Marcel LeBlanc

Mitigation letter for Paul-Émile Conneh

To Whom It May Concern,

I have had the privilege of knowing this individual for 15 years. In all that time, they have consistently proven to be a person of great integrity, wisdom, and kindness.

On numerous occasions, they have offered me sound advice and guided me away from making poor decisions, always with a steady and thoughtful approach. They have been there to help me out of sticky situations, showing immense generosity and a genuine willingness to help others.

I wholeheartedly believe that their character is a testament to their good nature, and I hope this letter helps convey the positive impact they've had.

Sincerely,

[redacted]

To Whom It May Concern,

I am writing to share my perspective on Paul, whom I have known for over 10 years. He was originally a friend of my husband and has since become a close friend of mine as well. Paul attended our wedding and has been a valued and positive presence in our lives over the years.

Throughout the time I have known him, I have seen Paul as a kind, respectful, and dependable person. We have spent many days together enjoying simple activities like cooking meals and watching movies, and he has always contributed positively to those moments. He has been someone we could trust and enjoy having in our home.

I understand that Paul is currently facing a difficult period and has made a serious mistake. However, I sincerely believe that this does not reflect the person I have known for so many years. I believe he has learned from this experience and is capable of making better decisions moving forward.

Paul is someone who cares about others and, in my experience, strives to do the right thing. I am confident that he will accept responsibility for his actions and work toward continuing his life as a law-abiding citizen.

Thank you for taking the time to consider my letter.

Sincerely,

[redacted]

Your honour,

I’ve known Paul for many years, here is my genuine perspective on his character. When I was stranded on the highway between Montreal and Ottawa with a flat tire, Paul drove an hour just to help me. Beyond that, I’ve seen his dedication - he moved to China, built a business from the ground up, and has always supported his mother. Paul’s loyalty is unwavering, he’s been there for me and others through thick and thin. I’ve witnessed his sincere effort to grow and help those around him.

I hope you’ll consider the depth of his loyalty and the good I’ve seen in him.

[redacted]

To the Honorable Judge,

I am writing this letter to provide a character reference for my longtime friend Paul, whom I have known since high school. I have known Paul for many years and feel it is important for the Court to understand the type of person he truly is beyond this isolated situation.

Paul has always lived a clean and responsible life. To my knowledge, he does not use drugs, nor has he ever been involved in substance abuse. He has consistently made responsible choices and has avoided influences that could put himself or others at risk. This has always been an important part of who he is.

He also has deep respect for his family, especially his parents and grandparents. Paul was raised with strong values, and he continues to show loyalty, humility, and respect toward his elders. Family has always been central to his life, and he takes pride in honoring them through his actions and behavior.

The situation that brings Paul before the Court does not reflect his true character. I firmly believe he was blindsided in a moment, acted out of character, and has since reflected deeply on what occurred. Knowing Paul as I do, I am confident that he regrets this every day and understands the seriousness of the situation. He is not someone who takes mistakes lightly, and he is capable of learning from this experience and moving forward in a positive direction.

Paul is not a danger to the community. He is trustworthy, respectful, and grounded, and I believe he would comply fully with any conditions set by the Court. I respectfully ask that the Court consider his character, background, and capacity for remorse and rehabilitation when determining whether early release is appropriate.

Thank you for your time and consideration.

Respectfully

[redacted]

# Character Reference Letter for Paul

To whom it may concern,

My name is [redacted], and I am writing this letter in support of Paul. I have known Paul for several years through both professional and personal interactions, and during that time I have had the opportunity to see his character, values, and work ethic firsthand.

Paul is someone I have always known to be reliable, hardworking, and deeply committed to the people and responsibilities in his life. He takes pride in what he does and consistently shows up with a strong sense of accountability. In business and in day to day life, he is not someone who cuts corners — he puts in the effort, follows through on his word, and takes his obligations seriously.

One of the things that has always stood out to me about Paul is his willingness to help others. Whether it was stepping in to support someone who was overwhelmed, offering guidance when someone needed it, or simply making himself available when people were going through a difficult time, Paul has consistently shown kindness and generosity without expecting anything in return. These are not isolated moments, but a pattern of behavior I have witnessed over time.

Paul is also very family oriented. He speaks sincerely about the importance of his family, and I have seen how much responsibility he feels toward the people close to him. He values stability, loyalty, and being someone others can depend on. That sense of responsibility carries into every area of his life.

On a personal level, Paul is someone I respect. He is thoughtful, grounded, and capable of self reflection. I have seen him take ownership of challenges, work on himself, and genuinely try to grow as a person. He is not defined by a single moment, but by years of effort, contribution, and the positive impact he has had on those around him.

I am grateful to know Paul, and I truly believe he is a person of good character who brings value to his relationships, his work, and his community.

Sincerely,

[redacted]

To Whom It May Concern,

I am writing this letter as a friend for over a decade of Paul. I have come to know him as a hardworking, thoughtful, and genuinely good person.

From the beginning, Paul showed a strong sense of focus and determination. He put a great deal of effort into identifying business opportunities in China lately, carefully thinking through the process and looking for legitimate ways to build something meaningful. His motivation and work ethic stood out to me, and it made me genuinely excited for him. Paul is dependable and committed. He takes responsibility seriously and follows through on what he says he will do. He approaches challenges with a positive mindset and a willingness to learn.

As a friend, Paul is kind, respectful, and supportive. He values relationships and treats people with honesty and consideration. He is someone who cares deeply about doing right by others.

Based on my own experience, I believe he is a person of strong character who strives to grow, work hard, and contribute positively to the lives of those around him.

Thank you for taking the time to consider my perspective.

Sincerely,

[redacted]

April 28, 2026

RE: Character Reference for Paul Emile Conneh

Dear Honourable Judge,

I am writing this letter as a formal character reference for my close friend, Mr. Paul Emile Conneh, who is currently before this court. I have had the privilege of knowing Mr. Conneh, whom I affectionately know as "Polo," for over 20 years.

Throughout our two decades of friendship, Mr. Conneh has become more than a friend; he is like family to me. I have personally witnessed his unwavering commitment to those around him. He is a pillar of strength in our community, consistently providing guidance, support, and a zest for life that is truly unmatched.

In my experience, Mr. Conneh has always demonstrated strong ethics, self-discipline, and deep compassion. He is a person of integrity who brings immense value and understanding to the lives of others. His absence has been deeply felt and has been a significant hardship for many, including myself.

We remain hopeful for a resolution that allows him to return to his family and community, where he is a vital source of support. I respectfully ask that the court take his character and the positive impact he has on his community into consideration during these proceedings.

Thank you for your time and for considering this letter.

Respectfully,

[redacted]

Dear Honourable Judge,

I am writing to you to share my perspective regarding a dear friend of mine who is currently in custody.

I have had the privilege of knowing him for more than 20 years, and throughout that time, he has consistently demonstrated remarkable character and integrity. He is, above all, a genuinely generous individual - someone who gives his time and energy without hesitation to those in need. Whether offering support, guidance, or simply a listening ear, he has always been present for others.

What stands out most about him is his deep sense of empathy. He has an exceptional ability to understand people's struggles and respond with compassion and kindness. In difficult situations, he remains calm and thoughtful, often helping others see solutions they could not find on their own.

He is also an inherently positive person. Even when facing challenges, he maintains a hopeful outlook and encourages those around him to do the same. His attitude has had a meaningful and lasting impact on many people, including myself.

I truly believe that he is someone who brings value to the lives of others. While no one is defined by a single moment in their life, I respectfully ask that you consider the full scope of his character - his kindness, his generosity, and his sincere desire to help others.

Thank you for taking the time to consider my words.

Respectfully,

[redacted]

Honourable Judge Sessions,

I write this for a friend and partner,

Paul, or Polo as I call him, is more than just a friend, he's someone I deeply respect and admire.

During COVID, when things were uncertain and difficult, he was by my side as a partner and a constant source of strength. He never gave up, no matter the situation, and always pushed me to keep going. That kind of persistence is rare.

What makes Paul special is not only his work ethic but his heart. He is thoughtful in ways that most people aren't, always thinking of others, always giving. Paul is someone you can always count on. Every time he traveled, he would bring me back something meaningful, whether it was a bottle for my collection or a souvenir from wherever he had been. He is kind, respectful, and genuine, the type of person you're lucky to have in your life.

I've known Paul over 10 years and have shared many of life's best moment, and the many difficult ones. Often, he's received me in his home, opening his doors to friends for meals and gatherings. Paul-Émile has met many people but not many truly know him. Calling him a friend and a partner is simplifying our bond, as we have become brothers through adversity and successes together.

Thank you for considering my words on Paul in your sentencing. I do not believe Paul poses any risk to the community. He is a dependable and respectful individual. I respectfully ask that his character, background, and demonstrated capacity for remorse and rehabilitation be considered in determining his sentence.

Thank you,

[redacted]

[redacted]

[redacted]

[redacted]

I have known Paul for over 20 years, and during that time I have come to know him as someone with strong character, determination, and a genuine heart. Even though I have not been directly involved in his personal business, I have always seen how hardworking and ambitious he is. Paul has always been the type of person who pushes himself forward, takes initiative, and looks for ways to grow and create opportunities, even when it means stepping outside of his comfort zone to pursue business.

What has always stood out to me most about Paul is that he is a man of his word. In all the years I have known him, he has always carried himself with integrity. When Paul commits to something, he takes it seriously, and he puts in the effort to follow through. He has always shown a strong sense of responsibility and determination, and I have seen how hard he works to improve his situation and build a better future.

Paul has always treated me and others around him with respect and sincerity. He is someone who genuinely wants to do well and make something positive out of his efforts. Over the years, I have seen how much he cares about moving forward in life and how committed he is to working hard to achieve his goals. He has never been someone who gives up easily, and that perseverance speaks volumes about the kind of person he is.

After knowing Paul for more than two decades, I can honestly say he is someone who tries to do the right thing and who strives to better himself. I truly believe he has the character, drive, and heart to continue growing in a positive direction and to contribute meaningfully moving forward.

Sincerely,

[redacted] April 12 2026

April 6th 2026

Dear Honorable Juge

I am writing to you with utmost respect regarding the matter of the case of Paul-Émile Conneh. I have known Paul-Émile since I was very young, in the capacity of a tutor at the time of my marriage.

During this time, Paul-Émile was a lovely child, full of joy and very good with our friends. He has always been heavily surrounded with friends and liked knowing many people.

Paul-Émile was a hyperactive child (you walk, Paul-Émile runs). He is very talented, sings very well, and has one hundred ideas at the same time. He always had a vision, and if he liked his work, he worked very hard with maximum energy and dedication.

After my divorce, Paul Emile was often travelling, at times with his mother. He always loved being on the move all the time. He works hard, but every time he is in Canada, he comes to visit. During his travels, he calls and tell us stories of who he encountered recently and new discoveries. He has always been very open with people and approachable, he has a gift to connect and make contact very easily.

He liked to help his friends, at all costs and that never changed. He like having many friends, and maybe this is a big mistake because being involved and helping and sometimes not thinking about the consequences. Regardless of the accusations, I'm certain Paul-Émile understood the gravity of this situation.

He has a home to come to and stay close for a long time if he wishes, giving him time to think and come up with a resolution to his errors. Paul-Émile is a young man with good health, and the future is in your hands, honorable judge, punishment or clemency because he has a family who loves him and friends who respect Paul-Émile.

I respectfully ask that you consider this information when making your decision.
Thank you for your time and understanding

Valentin Todorov

To Whom It May Concern,

I am writing this letter to speak to the character, values, and positive contributions of Paul, whom I have known for several years through our professional relationship.

Throughout the time I have worked with Paul, he has consistently demonstrated integrity, discipline, and a strong sense of responsibility. He is someone who takes his commitments seriously and approaches his work with focus, perseverance, and care. I have personally seen him handle demanding situations with professionalism, long hours, and high expectations, always choosing to do things properly rather than taking shortcuts.

Paul's work ethic is matched by his character. He is respectful, thoughtful, and kind in his interactions with others. He treats colleagues and partners with fairness and consideration, and he is someone people trust and rely on. Beyond business, Paul places great importance on family and personal relationships, and he often speaks with pride and respect about those closest to him. It is clear that these relationships guide his values and sense of purpose.

Over time, I have also witnessed Paul's personal growth. He reflects on his actions, learns from experience, and makes conscious efforts to improve himself. Even in challenging moments, he maintains a positive mindset and shows resilience and maturity.

I appreciate Paul not only as a professional associate, but as a person of strong values and genuine character. In my experience, he is someone who contributes positively to the lives of those around him and strives to be better each day.

Thank you for taking the time to consider my perspective. I felt it was important to share my honest experience of Paul as a human being.

Sincerely,

[redacted]

[redacted]

Subject: Letter of Recommendation for Paul-Émile

Your Honor, I am writing to you today to express my support for my friend Paul-Émile. He is a deeply compassionate person, endowed with great resilience in the face of life's challenges. Paul has had a significant impact on my life with his encouragement and praise.

Like everyone, he has made mistakes. However, what sets him apart is his ability to acknowledge them honestly and to undertake a genuine process of self-reflection. He does not shirk his responsibilities, but on the contrary, seeks to grow and become a better version of himself. I am convinced that he will find a way to contribute and make amends.

Please accept the expression of my sincere regards.

To Whom It May Concern,

I am writing this letter in support of Polo, someone I have had the opportunity to know both on a personal and professional level over a meaningful period of time. This dual perspective allows me to speak honestly and comprehensively about his character, values, and growth.

As a friend, Polo stands out for his genuine empathy and emotional awareness. He has a natural ability to listen without judgment and offer thoughtful, sincere support to those around him. His honesty is one of his defining traits, he speaks truthfully, even when it is not the easiest path, and values authenticity in his relationships. What is particularly admirable is his resilience, he has faced challenges that could discourage many, yet he consistently chooses to learn, adapt, and move forward. Polo is not someone who avoids his shortcomings, on the contrary, he acknowledges his mistakes, takes responsibility for them, and actively works toward becoming a better version of himself. His willingness to evolve and his commitment to a better future are clear in both his words and actions.

From a professional standpoint, Polo demonstrates a strong work ethic and a high level of accountability. He respects deadlines and understands the importance of reliability in any working environment. His approach to problem solving reflects solid critical thinking skills, as he takes the time to assess situations carefully before acting. Transparency and honesty are also central to how he conducts himself professionally, he communicates openly and takes ownership of his responsibilities. Polo is not afraid of hard work and consistently shows determination in achieving his goals.

It would not be an honest reference without acknowledging that, like anyone, Polo has areas where he has needed to grow. At times, he has faced challenges related to decision making under pressure or balancing competing priorities. However, what sets him apart is his response to these challenges. He actively seeks feedback, reflects on his actions, and implements changes with genuine intention. He does not shy away from criticism, instead, he uses it as a tool for self-improvement. This level of self-awareness and commitment to growth is, in my view, one of his strongest qualities.

Overall, my experience with Polo has shown me someone who is deeply human capable of mistakes, but more importantly, capable of growth, accountability, and positive change. He is someone who strives to do better, both for himself and for those around him.

I am confident that he will continue on this path of development and bring value to any personal or professional environment he is part of.

Sincerely,

[redacted]

April 11th 2026