1

# DETENTION IN COSTA RICA 06/26/2026

THE STORY TAKES US TO JAN 23 2025, WHILE COMING BACK FROM A TRIP TO BRAZIL, RETURNING TO COSTA RICA FOR WHAT WOULD BE MY LONGEST STAY TO DATE IN A COUNTRY I HAD FELL IN LOVE WITH. IN FACT BEFORE THAT FLIGHT TO COSTA RICA, I HAD ENTERED THAT COUNTRY 18 TIMES SINCE 2018. AS SOON AS THE PLANE LANDED SOMETHING WAS STRANGELY OFF, HAVING FLOWN HUNDREDS OF TIMES BEFORE ONE GETS USED TO PASSENGERS RUSHING TO GET UP TO RETRIEVE THE LUGGUAGE IN THE OVERHEAD BINS BUT THIS TIME NO ONE GOT UP. FOR MY PART I WAS NOT PAYING ANY ATTENTION AS I WAS FOCUSED WATCHING A SHOW ON MY PHONE, A MESSAGE MUST HAVE BEEN BROADCASTED OVER THE PLANE BUT I HAD MISSED IT AND DID NOT PAY IT MORE ATTENTION THAN NEEDED. A FEW MOMENTS LATER A FLIGHT ATTENDANT STROLLED THE WALKWAY AND WALKED ALL THE WAY DOWN TO MY SEAT AND INDICATED ME TO GRAB MY LUGGUAGE AND FOLLOW HER AND STILL IT DID NOT SEEM SO OUT OF THE ORDINARY OTHER THAN MAYBE WE GOT LUCKY AND WOULD BE OFF THE PLANE FIRST. UPON REACHING THE DOOR OF THE PLANE IS WHEN IT HIT ME THAT SOMETHING WAS TOTALLY WRONG. FOUR TO SIX POLICE AGENTS WERE WAITING FOR ME AND PLACED ME UNDER ARREST AND IN HANDCUFFS, WHAT THE HECK WAS GOING ON, I HAD REALLY NO IDEA. AFTER WALKING ME IN HANDCUFFS IN FRONT OF HUNDREDS OF ARRIVING TRAVELERS, THE AGENTS AND I REACHED THE CUSTOMS DESK AND THAT'S WHEN I SAW THE EXTRADITION

ORDER FOR THE USA FOR PAUL CONNEH, "DOZO", "RICKEY ROZAY". THAT'S WHEN I STARTED THINKING TO MYSELF "WHAT HAD I GOTTEN MYSELF INVOLVED IN?" AFTER GOING THROUGH MY PERSONAL EFFECTS, THE AGENTS BAGGED AND TAGGED MY PROPERTY AND WHISKED ME OFF IN A WAITING VEHICLE TO BE TRANSPORTED TO THE TRIBUNAL OF ALAJUELA WHERE I WOULD STAY ISOLATED IN A CELL FOR THE NEXT FOUR DAYS, WITH ONE FIVE MINUTE PHONE CALL... THAT SAME NIGHT A LAWYER REFERRED TO ME BY A "FRIEND" CAME TO SEE ME, PROMISING ME THAT I SHOULD NOT BE WORRIED BECAUSE I WOULD BE RELEASED THE NEXT DAY WITH A BRACELET ANKLE MONITOR PENDING THIS CASE, I SLEPT AND WAS WAKEN UP THE NEXT DAY TO GET READY FOR ~~TRIAL~~ HEARING SHORTLY. AT ~~THA~~ THE HEARING THE SAME LAWYER WAS PRESENT AS WELL AS A JUDGE AND A COURT CLERK TO TAKE DOWN NOTES AND NOW WHAT HAD SEEM TO BE A ONE NIGHT STINT IN JAIL WOULD BE THE BEGINNING OF A 10 MONTHS AND ~~FIVE~~ TEN DAYS STAY IN THE CORRECTIONS DEPARTMENT OF COSTA RICA... BECAUSE TURNS OUT THE SAME LAWYER WHO PROMISED TO GET ME OUT THAT SAME DAY WAS NOW RECOMMENDING ME TO GO WITH THE ORDINARY FORM OF EXTRADITION INSTEAD OF THE VOLUNTARY EXTRADITION. I MIGHT NEED TO SPECIFY THAT ALL OF THIS IS HAPPENING IN SPANISH WITH A TRANSLATOR WHO IS DOING A POOR JOB AT TRANSLATING THE FINE PRINTS, WHAT IS THE FINE PRINT ONE MAY ASK? THAT THE ORDINARY EXTRADITION PROCESS WILL KEEP ME IN LOCK UP FOR A INITIAL PERIOD

06/26/2026

OF SIXTY DAYS, NOT IN AN IMMIGRATION JAIL BUT IN A LOCAL COSTA RICAN JAIL. ~~SO~~ AFTER THE HEARING THE LAWYER COMES TO SEE ME IN HOLDING CELLS TO TELL ME TO NOT BE WORRIED, BRINGS ME PHONE CARDS FOR WHEN I GET TO THE JAIL AND TELLS ME SHE WILL COME SEE ME IN A FEW DAYS TO DISCUSS A PLAN AT THE TIME MY SPANISH WAS VERY BASIC BUT ENOUGH TO UNDERSTAND THAT THE SET INITIAL PLAN HAD NOT GONE ACCORDINGLY. UPON STAYING A FEW MORE DAYS IN THE HOLDING CELL, I FINALLY GET TO GO TO THE JAIL I WOULD END UP CALLING HOME FOR THE NEXT SEVEN MONTHS: THE VIRILLA DETENTION CENTER IN ALAJUELA UPON ARRIVING THERE MY FIRST THOUGHT WAS FROM AN EPISODE OF "THE WORLD'S TOUGHEST PRISONS" WHICH I HAD SEEN THIS VERY SAME JAIL IN. UPON BOOKING ME IN AN OUTDOOR BASKETBALL COURT WITH A ROOF OR CORRUGATED SHEET IN +85 DEGREES WEATHER, I WAS ASSIGNED TO DORM 6 AND WAS BROUGHT TO THE GATE OF THE DORM WHERE THE INMATES FROM THE DORM RUSH TO THE ~~DOO~~ GATE TO RECEIVE ANY NEW INMATES, BY GRABBING HIS BELONGINGS AND ESCORTING ME TO MEET THE BOSS OF THE DORM. THE DORM WAS ONE OF THREE WHICH FORMED THE PAVILLON I WAS IN WITH 200 OTHER INMATES WITH CHARGES RANGING FROM PETTY THEFT TO AGGRAVATED HOMICIDE AND OUT OF 200 PEOPLE ONLY 2 SPOKE ENGLISH, THE FIRST DAY I GOT EXTORTED TO PAY 200$ FOR A BED AND A LOCKER TO PLACE MY BELONGINGS, WHICH I WAS LUCKY TO HAVE FROM MY LUGGAGE AS I WAS ARRESTED WHILE TRAVELING. ITS HARD TO IMAGINE THE

4

06/26/2020

CONDITIONS IN WHICH WE WERE CONFINED TO, IN A THIRD WORLD COUNTRY JAIL HAS NOTHING TO DO WITH NWSCF TO INMATES TRAPPED INTO A DORM THE SIZE OF ~~THE~~ 500 SQ FT WHERE INMATES SLEEP ON BUNK BEDS WITH SOME CRAMMED UNDER THE FIRST LEVEL BED DIRECTLY ON THE FLOOR, WITH RATS, SCORPIONS, ANTS, SPIDERS, BUGS, MOSQUITOES, COCKROACHES BEING A FOREIGNER THAT DOES NOT SPEAK FLUENTLY SPANISH I WAS CONSTANTLY BOTHERED TO GIVE MONEY, FOOD, MY BELONGINGS TO INMATES WHO ARE DESPERATE TO HAVE THEM. WEEKLY I WOULD BE CHARGED A "FEE" TO PAY TO THE BOSS FOR PROTECTION AND GENERAL WELL BEING, NOW THIS FEE WAS NOT SO EXPENSIVE, BUT NOT BEING FROM THERE THE BIGGEST PROBLEM WAS NOT HOW MUCH I HAD TO PAY BUT HOW WOULD I ARRANGE THE MONEY TO ARRIVE INSIDE THE WALLS OF THE JAIL QUICKLY ENOUGH FOR NO ONE TO GET IMPATIENT AND FEEL THE NEED TO HARM ME PHYSICALLY, AT FIRST THE FEE WAS LOW AND OVER THE WEEKS IT KEPT INCREASING AS I HAD TO AVOID ATTRACTING ATTENTION TO ME "THE FOREIGNER" WITH THE NEWS OF MY ARREST HAVING MADE IT ON THE NEWS AND MY FULL NAME BEING KNOWN BY INMATES THEY WOULD CALL HOME AND THEIR RELATIVES WOULD READ THEM WHAT THE ARTICLES SAID ABOUT ME AND SO FOR EVERY ONE I WAS A TARGET TO GET SOMETHING FROM. I HAD TO WATCH MY BACK, HAD TO WATCH MY STUFF, I HAD TO LEARN TO SAY NO AND BE READY TO DEFEND MYSELF. I HAVE NEVER BEEN AROUND VIOLENCE, SO MUCH DURING MY LIFE AS MUCH AS THE TIME SPENT THERE

06/27/2026

IT WAS A DAILY RECURRENCE TO SAY THE LEAST TO SEE BLOODY FIGHTS, A WEEKLY THING TO SEE INMATES HEAVILY INJURED WITH A BED BOARD SLAPPED ACCROSS THE HEAD, STABBINGS WITH PICS MADE FROM STEEL RE-BAR SHARPENED LIKE AN ICE PIC, FOR THE MOST PART I STAYED IN MY BED AREA REFUSING TO LEAVE TO NOT GET INTO TROUBLE AND BECAUSE I DID NOT SPEAK THE LANGUAGE AND I JUST WAITED ON TIME TO GO BY, FIRST SIXTY DAYS PASSED AND THEN I WAS TOLD IT WOULD BE ANOTHER 3-4 MONTHS, THE LAWYER TOLD ME TO BE PATIENT AND I FELT LIKE HER GOAL WAS TO DRAIN MORE AND MORE MONEY FROM ME BY DRAGGING THE TIME WITHOUT OFFERING ANY RESOLVE, I COULD BE PATIENT, BUT I WAS WORRIED FOR MY SAFETY, ITS AS IF NO ONE UNDERSTOOD WHAT I WAS REALLY GOING THROUGH, WHEN I WOULD CALL HOME FOR MONEY, IT WAS NOT TO ENJOY MYSELF IT WAS LITERALLY TO SURVIVE ONE MORE WEEK WITHOUT RECEIVING A BLOODY BEATING, DURING THAT TIME I STOPPED EATING AND LOST 47 LBS IN 4 MONTHS BECOMING A SHADOW OF THE MAN I USED TO BE. THE EM-BASSY OF CANADA WAS NO HELP, MY LAWYER STOPPED AN-SWERING AFTER FOUR MONTHS, THE FRIENDS I HAD IN COSTA RICA HAD VANISHED, MY FAMILY WAS THOUSANDS OF KILOMETERS AWAY, I WAS GETTING BETTER IN SPANISH BUT FAR FROM BEING FLUENT, TIME WAS AN ETERNITY... MONTHS WENT BY LIKE THIS AND THEN AROUND MID JUNE I AM TOLD THAT MY MOM HAS BEEN DIAGNOSED WITH BONE CANCER AND NEEDS AN EMERGENCY FLIGHT BACK TO CANADA, SHE WAS IN CHINA AT THE TIME OF HER DIAGNOSIS TRYING

06/27/2026

TO SOLVE ISSUES WE HAD WITH CLIENTS ORDERS IN CHINA WHILE I WAS TRAPPED IN COSTA RICAN JAIL AND THAT WAS WHEN I BROKE DOWN, EVERYTHING THAT COULD GO WRONG WAS GOING WRONG AND THERE WAS NOTHING I COULD DO, WORST I FELT RESPONSIBLE FOR ALL THE PAIN, THE STRESS I HAD CAUSED TO EVERYONE AND HAD NO WAY TO REDEEM MY-SELF, ACTUALLY I COULD DO NOTHING BUT WATCH AS MY WORLD WAS IMPLODING WITHOUT ME IN IT. THE GOAL HERE IS NOT TO MAKE MYSELF LOOK LIKE A VICTIM BUT TO MAKE THE READER UNDERSTAND MY STATE OF MIND WHILE THIS WAS GOING ON. I HAVE ALWAYS BEEN THE ~~GLU~~ GLUE, THE ONE WHO STAYS STRONG FOR MY LOVED ONES, THE ONE WHO ALWAYS HAS A SOLUTION, THE ONE WITH A SMILE, THE ONE WHO WILL MAKE SURE EVERYONE IS GOOD AND HERE THERE WAS NOTHING I COULD DO, BUT ASK FOR MORE HELP WHILE OTHERS NEED MY HELP IT WAS GUT WRENCHING, THESE WERE DARK TIMES, IN FACT I THOUGHT MANY TIMES ABOUT ENDING MY LIFE BECAUSE I FELT IT WOULD MAKE IT ALL GO AWAY. LUCKILY HELP ALWAYS CAME WHEN I NEEDED IT, MY FRIENDS AND MY SISTER GAVE ME SUPPORT TO BE ABLE TO SURMOUNT THESE DARK TIMES DURING THIS TIME I WAS LOST AND DID NOT HAVE A SOLUTION, MY SISTER SUGGESTED WE HIRE ANOTHER LAWYER TO SEE IF THERE WAS SOMETHING WE COULD DO TO EXPEDITE MY EXTRADITION OR MY CASE IN GENERAL AND SO WE DID. AROUND AUGUST A NEW LAWYER SHOWED UP AND INITIATED TO FIRST LEGALLY FIRE THE FIRST HIRED LAWYER WHO HAD VANISHED

06/27/2026

ON AUGUST 14th AFTER ALMOST 8 MONTHS IN THE VIRILLA DETENTION CENTER I WAS TRANSFERRED TO THE MAXIMUM SECURITY DETENTION CENTER OF SAN SEBASTIAN, A JAIL IN SAN JOSE. THIS JAIL WAS CLOSED IN 2006 FOR INHUMANE DETENTION CONDITIONS, BUT WAS REOPENED IN 2015 BECAUSE THERE WAS NO WHERE TO PLACE INMATES IN SAN JOSE (THE CAPITAL) AT THAT TIME MY SPANISH HAD GOTTEN MUCH BETTER AND FOR SOME ONE WHO HAD NEVER BEEN TO JAIL BEFORE JANUARY OF THAT YEAR, I WAS NOW WELL ACCUSTOMED TO THE VOLATILE ENVIRONMENT OF JAIL IN A THIRD WORLD COUNTRY, THE VIOLENCE, THE POVERTY, THE LACK OF PRIVACY, THE PEST, BUT FOR SOME REASON NOTHING COULD PREPARE ME FOR LIVING IN THE SAN SEBASTIAN DETENTION CENTER, I WAS ASSIGNED TO THE PAVILLON A2 WITH 200 OR SO OTHER INMATES TO THE DORM 3 WHERE I WOULD BE LOCKED IN WITH 53 OTHER INMATES FOR 14 HOURS A DAY WITH ONE TOILET, TWO FUNCTIONING SHOWERS WHERE FILTH IS UNMASKABLE NO MATTER HOW MANY TIMES YOU TRY TO CLEAN IT UP. I NEVER THOUGHT I WOULD HAVE TO BE IN AN ENVIRONMENT AS THAT JAIL AND CAN UNDERSTAND WHY IT WAS CLOSED, WITH ONLY 20 CONCRETE BUNK BEDS THERE WERE MORE INMATES SLEEPING ON THE FLOOR THAN IN ACTUAL BEDS AND WITH EXTREME OVER CROWDING THERE WERE NIGHTS WHERE I HAD TO SLEEP WITH THREE OTHERS INMATES ON THREE SINGLE SIZE MATTRESS FOR VISUAL REPRESENTATION WE WERE FOUR GROWN MEN SLEEPING SHOULDER TO SHOULDER ON LESS THAN 3 METERS WIDE OF MATTRESS ON THE FILTHY FLOOR WITH RATS

06/28/2026

PASSING BY OUR HEADS OR FEET TO MAKE IT TO THEIR NEST IN THE TOILET SEWER, THERE WAS NO OPTION FOR ME TO PURCHASE A BED SPACE AS THIS JAIL WAS DEALING WITH EXTREME OVERCROWDING, IT WAS SUCH THAT AFTER LOCKUP AT FIVE PM WE HAD TO STAY STANDING UP UNTIL WE WERE ALLOWED TO PUT MATTRESSES ON THE FLOOR. I AM 39 YEARS OLD AND HAVE NOT SOILED MYSELF SINCE MY EARLY YOUTH, BUT IN DORM 3 IT HAPPENED BECAUSE THERE WAS NO TOILET VACANCY WHEN NEEDED AND ALTHOUGH I WAS ABLE TO CONCEAL IT FROM OTHERS DEEP INSIDE THE SHAME OF GOING THROUGH THIS AS AN ADULT WAS ONE OF MY MOST SHAMEFUL MOMENTS I KNEW THAT MY STAY THERE WOULD NOT BE FOREVER I CANT HELP TO HAVE MOMENTS IN THE LAST 6 MONTHS I HAVE BEEN AT NWSCF THINKING OF SOME OF THE INMATES I SHARED TIME WITH AT THAT DETENTION CENTER IN SAN JOSE, NO HUMAN BEING SHOULD BE DETAINED IN SUCH CONDITIONS. THERE THE SAME SYSTEM OF EXTORSION IS ENFORCED, INMATES PAY A FEE FOR THEIR "PRESENCE", PHONE CALLS AND OBVIOUSLY BED SPACE AND SO TO NOT ATTRACT ANY WRONG ATTENTION I ENDURED SLEEPING ON THE FLOOR IN THE FILTH FOR ONE MONTH BEFORE BUYING UP ANOTHER IN-MATES BED SPACE AND FROM THERE I SLOWLY BUILT UP MY PERSONAL PROPERTY ITEMS, TO ATTEMPT TO REACH SOME LEVEL OF COMFORT. IN COSTA RICA, THERE IS NO SYSTEM OF COMMISSARY INMATES NEED TO ARRANGE SOMEONE OUTSIDE THE JAIL TO BRING YOU FOOD AND PERSONAL CARE PRODUCTS, NOT HAVING FAMILY OR RELATIVES, I HAD TO FIGURE OUT

06/28/2026

HOW TO RECEIVE THESE ITEMS AS OFTEN AS POSSIBLE, EASIER SAID THAN DONE AND THANK I LEARNT ANOTHER EXTORSION TRICK THAT I BECAME VICTIM TO, WITH FOOD HAVING STAYED OUTSIDE IN +80 DEGREE WEATHER FOR HOURS IT WOULD BE SPOILED BY THE TIME IT REACHED INSIDE THE JAIL WHEN IT WOULD MAKE IT AND WHEN IT DID NOT THE MONEY SPENT TO PURCHASE IT, PAY SOMEONE TO COOK AND PREPARE IT AND PAY SOMEONE TO WAIT IN LINE AND THEN HAVE TO SHARE THIS FOOD INSIDE BECAUSE WE ARE ALL HUNGRY AND THE LAST THING I WOULD WANT WOULD BE TOO OFFEND ANOTHER INMATE, IT WAS HELL AND REALLY I WAS STUCK THERE WAS NOTHING I COULD DO, I WAS TRAPPED IN THIS JAIL THAT NO ONE COULD IMAGINE OR UNDERSTAND HOW I WAS LIVING. THE WORST PART IS THAT AFTER SO MANY MONTHS LIVING LIKE THIS, WITHOUT NEWS FROM LAWYERS AND CONSTANTLY SURROUNDED BY OTHER INDIVIDUALS WHO WERE GOING THROUGH THE SAME PREDICAMENT, THE MIND AND THE BODY ADJUST ITSELF TO ACCEPT THE CONDITIONS AND MAKE DUE WITH THE HAND IT IS DEALT WITH AND THAT WAS MY GREATEST FEAR, I COULD NOT ACCEPT OR RESIGN MYSELF TO SUCH HELL. FINALLY WE HIRED A NEW LAWYER WHO SENT A REQUEST TO THE COSTA RICAN COURTS TO TAKE ACTION ON MY CASE AS THE USA HAD FULFILLED THEIR DUTY TO RESPOND TO REQUESTS FOR PROMISES CONCERNING MY EXTRADITION FOR MORE THAN FOUR MONTHS. NOT ONLY MY FIRST TWO LAWYERS STOPPED ANSWERING BUT NOW THE USA ALSO HAD NOT RESPONDED EITHER, AND SO THE

06/28/2026

COURT DECIDED TO GIVE THE USA 30 DAYS TO RESPOND AND 60 DAYS TO EXTRADITE ME, FINALLY AFTER 9 MONTHS I HAD A DATE TO LOOK FORWARD TO. BEST CASE SCENARIO I WOULD BE RELEASED, WORST CASE I WOULD BE EXTRADITED, BUT AFTER 9 MONTHS OF SUCH INHUMANE CONDITIONS AND MOSTLY THE UNCERTAINTY, I WOULD BE ON MY WAY TO THE USA. EITHER WAY BOTH OF THESE SITUATIONS WOULD BE BETTER OUTCOMES COMPARED TO MY CURRENT PREDICAMENT. A MONTH WENT BY WITH NO NEWS AND THEN ON DAY 29 THE DOCUMENTS REQUIRED ARRIVED FROM THE USA AND FIVE LATER DAYS I WAS EXTRACTED FROM SAN SEBASTIAN AND PUT ON A PLANE WITH THE SAME AGENTS OF HSI WHO INVESTIGATED THE CASE I WAS INDICTED FOR. FINALLY THE NIGHTMARE WAS OVER FOR ME, OBVIOUSLY I HAVE BEEN INCARCERATED AT NWSCF FOR 7 MONTHS NOW, ~~AND~~ BUT THE CONDITIONS OF DETENTION HERE ARE TOLERABLE, I AM NOT THREATENED OF PHYSICAL HARM, I EAT THREE TIMES A DAY AND RECEIVE THE MEDICAL ATTENTION AS REQUIRED A NIGHT AND DAY CONTRAST WITH MY INCARCERATION IN COSTA RICA. [redacted]

I TRIED TO GIVE AN ACCURATE AS POSSIBLE RECOLLECTION OF THE 10 MONTHS AND 10 DAYS SPENT DETAINED IN COSTA RICA FROM JAN 23 TO DEC 3 2025

[signature]

PAUL CONNEH

11

06/29/2026

WHILE WRITING MY STORY ABOUT MY ARREST AND DETENTION IN COSTA RICA, I REALIZED THAT I OMITTED SOME DETAILS THAT I THOUGHT WOULD BE AS IMPORTANT AS THE STORY ITSELF, HERE IS A LIST OF THOSE DETAILS I REMEMBERED LATER ON.

- NON FUNCTIONING TOILETS WITHOUT PRIVACY
- NO HOT WATER (2 WORKING SHOWERS FOR 70 INMATES AND 53 INMATES) WHILE STAYING IN TWO JAILS VIRILLA AND SAN SEBASTIAN
- CONSTANT INTIMIDATION, PRESSURE SELLING
- PHYSICALLY ATTACKED FOR NOT PAYING EXTORSION FEE ON TIME
- LANGUAGE BARRIER THROUGH ALL STEPS: ARREST, PROCESSING, DETENTION, OFFICIALS
- USA NOT RESPONDING TO EXTRADITION REQUEST PROCEDURES FOR OVER FOUR MONTHS
- SKIN DISEASE IN THE PAVILLON A2 IN SAN SEBASTIAN WHICH PLACED US IN A 6 WEEKS QUARANTINE
- NO ACCESS TO MEDICAL OR DENTAL TREATMENT FOR 8 MONTHS DUE TO LACK OF ENGLISH COMMUNICATION WITH THE STAFF
- NO HELP TO NAVIGATE THROUGH DETENTION BY EITHER USA OR CANADA EMBASSY

LAWYERS HIRED:

YELBA

RAMON

LUIS DIEGO CHACON