Outlook

## Re: Essex County jail client Paul C. [encrypt]

**From** Dennis Furushima <dfurushima@stjoestreatment.org>
**Date** Wed 2026-09-23 12:32 PM
**To** Chandler W. Matson <chandler@barrlaw.com>

2 attachments (5 MB)
9-22-26 Paaul Conneh, FED, HX, ACEs, Resiliency Q's.pdf; 9-22-26 Paul Conneh, FED, Chandler Matson..pdf;

Hello Chandler,

Paul has done well in the short time he was involved in this jail's substance abuse program. He reviewed and approved the letter attached. He also agreed to send you the document used for his diagnosis, the ACEs and Resiliency Questionnaires.

Dennis

Dennis Furushima, B.A., CASAC Advanced
Substance Abuse Counselor

St. Joseph's Addiction Treatment & Recovery Centers
Essex County Jail and Ticonderoga Outpatient Clinic
Primary #: (518) 507-4677
Jail: 518-873-6938 | FAX: 518-873-6947
Ticonderoga: 518-585-7934 | Fax: 518-585-9132

IMPORTANT NOTICE: This e-mail is meant only for the use of the intended recipient. It may contain confidential information which is legally privileged or otherwise protected by law. If you receive this e-mail in error or from someone not authorized to send it to you, then you are strictly prohibited from reviewing, using, disseminating, distributing, or copying the e-mail. PLEASE NOTIFY US IMMEDIATELY OF THIS ERROR BY RETURN MAIL AND DELETE THIS MESSAGE FROM YOUR SYSTEM. Thank you for your cooperation

---

**From:** Dennis Furushima
**Sent:** Monday, August 31, 2026 8:42 AM
**To:** Chandler W. Matson Esquire <chandler@barrlaw.com>
**Subject:** Essex County jail client Paul C. [encrypt]

Good morning, Chandler,

39 year-old Paul Conneh was referred to the jail SUD program on August 13 and the initial session was conducted on August 24. He was undecided whether he had a problem with alcohol drinking.
He attended group later that afternoon and recognized that his drinking was mor problematic than what he initially thought, just part of the denial system.

It appears that he has sentencing on September 28.

Soak in the last remnants of summer,
Dennis

Dennis Furushima, B.A., CASAC Advanced
Substance Abuse Counselor
Essex County Jail and Ticonderoga Outpatient Clinic

St. Joseph's Addiction Treatment & Recovery Centers
702 Stowersville Road (Jail)
Lewis, New York 12950
Primary #: Ring Central: (518) 507-4677
Jail: 518-873-6938 I Jail Fax: 518-873-6947
Ticonderoga: 518-585-7934 I FAX: 518-585-9132
dfurushima@stjoestreatment.org
*www.stjoestreatment.org*

The Spirit of Recovery
ST Joseph's
ADDICTION TREATMENT & RECOVERY CENTERS

IMPORTANT NOTICE: This e-mail is meant only for the use of the intended recipient. It may contain confidential information which is legally privileged or otherwise protected by law. If you receive this e-mail in error or from someone not authorized to send it to you, then you are strictly prohibited from reviewing, using, disseminating, distributing, or copying the e-mail.
PLEASE NOTIFY US IMMEDIATELY OF THIS ERROR BY RETURN MAIL AND DELETE THIS MESSAGE FROM YOUR SYSTEM.
Thank you for your cooperation.