Your Honor,

First, I want to thank the court for allowing me to address this Court and my actions, I wish it was under better circumstances that you could hear from me and what I have to say, I will try to keep this brief.

When I was first arrested and put in jail in a foreign country where I barely knew the language and left to fend for myself virtually alone, my first thoughts were to be angry at the world and wanting to get revenge on everyone that had participated in my downfall, not realizing or wanting to accept the obvious.

Day in and day out I would hear stories of other inmates who claimed their innocence, who claimed they had been set up, that they were not responsible for the acts that landed them in jail.

That is when I had my epiphany moment, at that time I realised I was different from those guys who could not acknowledge their wrongdoing. I was in jail because of my decisions, I was in jail because of my actions. After all, no matter what, had an involvement in a crime. My responsibility in a fraud conspiracy is what landed me in jail. There was only myself to blame.

I think, to allow any change in behavior, one must admit there is a problem. It was the first step in the right direction.

It took me a while to pinpoint what my problem was, but then it became clear to me…

My whole life, I always had to earn attention from others whether it be from my mother, my extended family, my teachers or my social circles. Earning attention would act as validation, a tangible proof that I meant something, that I was useful to others, it allowed me to fit in.

As an adult, the attention seeking, and the need to belong, transformed into always being ready to help people whenever and whatever they asked. It made me feel wanted, needed, and part of something greater than myself. No matter the risks, no matter the consequences, no matter the collateral damage, I was ready, and the validation made me feel good, like I had worth.

That was my problem, by yearning to feel validated, I made bad judgments, I made mistakes, I did not think of the consequences of my decisions and ended up losing at a tremendous cost to me and to others.

Knowing how and when to say no is something I had to understand and have to apply. Being able to say no, would have avoided me all this trouble, would have helped me self preserve, it would have avoided others to endure the pain and headaches caused by my decisions… the power of saying no, is self preservation.

To be human is to make mistakes, however my redemption can only come from accepting responsibility for my actions and wanting and truly striving to do better from that point on.

From the moment of realization, I strived to be a model inmate. I stayed in fractions free, avoiding drugs to numb the pain, endure my incarceration sober to fully process the consequences of my actions. Owned up to my mistakes by pleading guilty and accepting responsibility.

It is my first time in jail and the last 20 months have not been easy, but they were the price to pay for the mistakes I made. I know and understand this was pure cause and effect to me not saying no when I had a chance to.

At almost 40, if given the chance to, I have to rebuild my life from scratch with a felony, a dying mother, a stained reputation, a destitute business and a tremendous debt to society.

However, I am hopeful about the future. Hopeful for the following reasons; I have a support system who can help me and hold me accountable, I have hit the lowest point of my life, I have the intelligence to know the good from the bad and most importantly I have the will to be a better human.

My incarceration has been the most difficult and trying experience of my life. I say without exaggeration that it was a test of mental and physical torture. But that is a test of endurance and resolve, and ultimately it single message that bad choices can literally end your life on top of the pain and hardship they cause to others. One of my biggest motivations has been to get back to work, to feel useful to society, to have a respectable way to earn, to take care of my mother and my sisters and to repay my obligations.

I hope I was able to convey some context to my thought process and what these last 20 months were able to teach me; the consequences to my mistakes, acceptance of responsibility and most importantly that freedom is a privilege.

I am sure that everyone claims to be completely changed, Your Honor. Change is an ongoing process but I can guarantee that I have and will strive to be a better man.

I will end with a plea for forgiveness from the people I affected, forgiveness from the court and ask for a chance to prove that I can do better, that I can be better.

Transcribed by Counsel's Office